LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **JENNIFER REITMAN, CAROL SHOAFF**, and **ERIN GRANT** individually and on behalf of a class of similarly situated individuals,<br><br>PLAINTIFFS,<br><br>v.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**<br><br>DEFENDANTS. | Case No. 2:18-CV-01736-DOC-JPR<br><br>**DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. David O. Carter<br>Ctrm: 9th Floor, 9D<br>Hearing Date: November 4, 2019<br>Hearing Time: 8:30 a.m. |

1   I, Rebecca A. Peterson, hereby declare as follows:

2   1.   I am an attorney licensed to practice law before the courts of the State of California and the United States District Court for the Central District of California. I am an attorney at the law firm of Lockridge Grindal Nauen P.L.L.P., counsel of record for Plaintiffs Jennifer Reitman, Carol Shoaff, and Erin Grant ("Plaintiffs"), and submit this Declaration in support of the Reply in Support of Plaintiffs' Motion for Class Certification.

3   2.   Attached as **Exhibit 1** is a true and correct compilation of images taken from the Orijen Original, Puppy, Regional Red, Six Fish, Puppy Large, and Senior diet packaging that are at issue in this litigation. The sources for these images are identified therein. For the Court's convenience, a few select larger images are set forth below:

> TRUSTED EVERYWHERE.
> TRUSTED BY PET LOVERS EVERYWHERE. ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.

> TRUSTED EVERYWHERE.
> TRUSTED BY PET LOVERS EVERYWHERE. ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.

- 1 -
DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

> **BIOLOGICALLY APPROPRIATE**™
> NOURISH AS NATURE INTENDED – ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.
>
> **FRESH REGIONAL INGREDIENTS**
> GROWN CLOSE TO HOME – We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.
>
> **NEVER OUTSOURCED**
> PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS – We don't make foods for other companies and we don't allow our foods to be made by anyone else.

The blue images are from the Orijen Six Fish diet manufactured at the DogStar kitchen from 2016 to 2017. The brown images are from the Orijen Regional Red diet manufactured at the DogStar kitchen from 2016 to 2017. The same language and images appear, in different colors, on the Original, Puppy, Puppy Large, and Senior diets manufactured at DogStar during the Class Period. The following text and images appear, sometimes in different colors, on the Puppy, Regional Red, Six Fish, Senior, and Puppy Large diets manufactured at NorthStar during the Class Period:

- 2 -

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION



3. Attached as **Exhibit 2** is a true and correct compilation of images taken from the Acana Dog (Puppy & Junior, Free-Run Duck, Free-Run Poultry, Light & Fit, and Freshwater Fish), Regionals (Meadowland, Ranchlands, Pacifica, Wild Atlantic, Grasslands, and Appalachian Ranch), Singles (Duck & Pear, Pork & Squash, Lamb & Apple, Chicken & Burbank Potato, and Yorkshire Pork), and Heritage diet packaging that are at issue in this litigation. The sources for these images are identified therein. The following text and images appear, sometimes in different colors, on all of these diets' packaging during the Class Period:

- 3 -
DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

And the following appears, in different colors, on the vast majority of the diets manufactured at the DogStar kitchens:





- 4 -
DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION



4. Attached as **Exhibit 3** is a true and correct copy of relevant excerpts from an Acana Brand Guide (Bates numbered CPF0083211 at -15, -19, -27, -41, -42).

5. Attached as **Exhibit 4** is a true and correct copy of relevant excerpts from Orijen Brand Guidelines (Bates numbered CPF0083262 at -66, -70, -79, -92, -93).

6. Attached as **Exhibit 5** is a true and correct copy of a relevant excerpt of agenda items with meeting notes and additional post-meeting comments, dated January 17, 2011 (Bates numbered CPF0077754 at -56). FILED AS REDACTED.

- 5 -
DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

7. Attached as **Exhibit 6** is a true and correct copy of a relevant excerpt from a document titled "Our Foundation: Our Guiding Principles" dated August 9, 2018 (Bates numbered CPF1999067 at -68).

8. Attached as **Exhibit 7** is a true and correct copy of relevant excerpts from a Champion Petfoods Application Form for Canada's Growing Forward's Agri-Business Automation and Lean Manufacturing Program (Bates numbered CPF2011289 at -90 to -92). FILED AS REDACTED.

9. Attached as **Exhibit 8** is a true and correct copy of relevant excerpts from a "2018 Product Strategy (Bates numbered CPF0257792 at -812, -831, -842, -853).

10. Attached as **Exhibit 9** is a true and correct copy of relevant excerpts from a document titled "US B2C Pilot Strategy" dated November 17, 2017 (Bates numbered CPF1817441 at -42, -51).

11. Attached as **Exhibit 10** is a true and correct copy of a Standard Operating Procedure for Bag Development effective November 10, 2016 (Bates numbered CPF0142244). FILED AS REDACTED.

12. Attached as **Exhibit 11** is a true and correct copy of Customer Care Contact and FAQS (Bates numbered CPF0062104).

13. Attached as **Exhibit 12** is a true and correct copy of relevant excerpts from the November 28, 2018, Videotaped Deposition of Personal & 30(b)(6) Designee Christopher Milam.

14. Attached as **Exhibit 13** is a true and correct copy of relevant excerpts from the transcript of the April 3, 2019, Videotaped 30(b)(6) Deposition of Jim Wagner.

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

15. Attached as **Exhibit 14** is a true and correct copy of an e-mail from Jon Hickerson to Ken Gilmurray and Todd Scherbing at JBS dated November 1, 2018 and an excerpt from the attachment (Bates numbered CPF2117799). FILED AS REDACTED.

16. Attached as **Exhibit 15** is a true and correct copy of a relevant excerpt from a CPF application to the Alberta Livestock and Meat Agency's Industry & Market Development Program (Bates numbered CPF1286058 at -60). FILED AS REDACTED.

17. Attached as **Exhibit 16** is a true and correct copy of a relevant excerpt of a November 2013 e-mail (Bates numbered CPF0072009 at -35). FILED AS REDACTED.

18. Attached as **Exhibit 17** is a true and correct copy of a document titled "GROW Working Relationships" dated September 13, 2017 (Bates numbered CPF0255511). FILED AS REDACTED.

19. Attached as **Exhibit 18** is a true and correct copy of a relevant excerpt from a letter from the U.S. Food and Drug Administration to Amanda Flowers dated February 26, 2018 (Bates numbered CPF1349276 at -78).

20. Attached as **Exhibit 19** is a true and correct copy of relevant excerpts from a Goods Receiving Inspection Report dated April 4, 2018 (Bates numbered CPF1616586 at -86 to -87). FILED AS REDACTED.

21. Attached as **Exhibit 20** is a true and correct copy of various Purchase Orders (Bates numbered CPF1620214). FILED AS REDACTED.

22. Attached as **Exhibit 21** is a true and correct copy of relevant excerpts from Purchase Orders (Bates numbered CPF1624001 at -01 to -03). FILED AS REDACTED.

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

23. Attached as **Exhibit 22** is a true and correct copy of a Certificate of Analysis dated May 1, 2018 (Bates numbered CPF0054930).

24. Attached as **Exhibit 23** is a true and correct copy of e-mails between Vanessa Nieto and Chris Milam dated May 24, 2017 (Bates numbered CPF1803444).

25. Attached as **Exhibit 24** is a true and correct copy of an Excel spreadsheet related to CPF's suppliers (Bates numbered CPF2074587). FILED AS REDACTED.

26. Attached as **Exhibit 25** is a true and correct copy of relevant excerpts from a process flow diagram and description of CPF's manufacturing process (Bates numbered CPF1716207 at -209, -212). FILED AS REDACTED.

27. Attached as **Exhibit 26** is a true and correct copy of a relevant excerpt from a document titled "Attribute White Paper" for Project Panther (Bates numbered CPF1760516 at -25).

28. Attached as **Exhibit 27** is a true and correct copy of a relevant excerpt from a Quality Assurance Product Release Form for Acana Sport, extrusion date February 11, 2013 (Bates numbered CPF0359399 at -41).

29. Attached as **Exhibit 28** is a true and correct copy of a relevant excerpt from a Quality Assurance Product Release Form for Orijen Adult, extrusion date December 23, 2012 (Bates numbered CPF0353461 at -63). FILED AS REDACTED.

30. Attached as **Exhibit 29** is a true and correct copy of a relevant excerpt from a Team USA Report dated August 2017 (Bates numbered CPF1813063 at -073). FILED AS REDACTED.

- 8 -
DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

31. Attached as **Exhibit 30** is a true and correct copy of relevant excerpts from a Quality Assurance Product Release Form for Acana Duck & Pear, extrusion date February 28, 2015 (Bates numbered CPF0537694 at -694, -773, -775).

32. Attached as **Exhibit 31** is a true and correct copy of relevant excerpts from a Quality Assurance Product Release Form for Acana Duck & Pear, extrusion date March 19, 2015 (Bates numbered CPF0551343 at -343, -418, -419).

33. Attached as **Exhibit 32** is a true and correct copy of internal CPF e-mail exchanges dated October and November 2018 between Daksha Patel, Debbie Ricciardi, Buddhi Sapkota, Mainul Bhuiyan, Ashley Rocher, Rachel Natividad, Mitchell Davison, Theresa Liddell, Chinedu Ogbonna, Jaimi Seutter, Jeff Johnston, and Janelle Kelly (Bates numbered CPF1786936).

34. Attached as **Exhibit 33** is a true and correct copy of a relevant excerpt from a document titled, "SQF Level 2 GAP Assessment, Champion PetFoods DogStar Kitchens" (Bates numbered CPF2024487 at -509).

35. Attached as **Exhibit 34** is a true and correct copy of a relevant excerpt from a February 2018 e-mail exchange between Chinedu Ogbonna and Jaimi Seutter (Bates numbered CPF1768703).

36. Attached as **Exhibit 35** is a true and correct copy of relevant excerpts from a document titled "Storage life of fresh meat blend" dated February 2015 (Bates numbered CPF1781155 at -56, -61). FILED AS REDACTED.

37. Attached as **Exhibit 36** is a true and correct copy of a Laboratory Shift Report dated September 8, 2016 (Bates numbered CPF2055446).

38. Attached as **Exhibit 37** is a true and correct copy of an e-mail exchange between David Chapman and Travis Appling dated May 12, 2016 (Bates numbered CPF1719560).

39. Attached as **Exhibit 38** is a true and correct copy of November 2015 e-mails between Anna Macht, Andrew Stovall, and Sara Brown-Tarry (Bates numbered CPF1183880).

40. Attached as **Exhibit 39** is a true and correct copy of a relevant excerpt from a letter from Pack Leader Pet Products (Pty) Ltd. to Champion Petfoods LP and its consultant, Advertising Standards Authority of South Africa dated January 15, 2016 (Bates numbered CPF2047936 at -43).

41. Attached as **Exhibit 40** is a true and correct copy of a relevant excerpt from an e-mail from Liz Hulley to the Sales Teams dated May 25, 2017 (Bates numbered CPF0001235 at -36).

42. Attached as **Exhibit 41** is a true and correct copy of a document regarding web page views from May 1, 2017, to February 28, 2018 (Bates numbered CPF2111857).

43. Attached as **Exhibit 42** is a true and correct compilation of the following documents produced by CPF showing its purchasing history with JBS:

- CPF0046822 – JBS produces 47,000 pounds of Beef Tallow (Lot #14) which is then sold to CPF on November 29, 2017
- CPF0047840 – JBS produces 47,000 pounds of Beef Tallow (Lot #15) which is then sold to CPF on December 2, 2017
- CPF0048919 – JBS MOPAC produces 47,000lb of Beef Tallow (Lot #16) which is then sold to CPF on January 11, 2018
- CPF0049307 – JBS produces 46,480 pounds of Beef Tallow (Lot #17) which is then sold to CPF on January 18, 2018
- CPF0050489 – JBS produces 45,660 pounds of Beef Tallow (Lot #18) which is then sold to CPF on February 8, 2018

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

44. Attached as **Exhibit 43** is a true and correct copy of relevant excerpts from a document titled, "Clean Label Project: Pet Food Study and Certification, Overview" from Ellipse Analytics (Bates numbered CPF0151410 at -10 to -15).

45. Attached as **Exhibit 44** is a true and correct copy of an April 2017 e-mail exchange related to the Clean Label Project (Bates numbered CPF0151408).

46. Attached as **Exhibit 45** is a true and correct copy of excerpts from the Deposition of Julie Washington taken on December 5, 2018.

47. Attached as **Exhibit 46** is a true and correct copy of e-mails between Bonnie CC and Chinedu Ogbonna on February 24, 2017 (Bates numbered CPF1748144).

48. Attached as **Exhibit 47** is a true and correct copy of February 2018 e-mail exchanges between Jeff Johnston, Christine Pendlebury, Nitasha Happy, Chris Milam, and Sarah Brown (Bates numbered CPF1285631).

49. Attached as **Exhibit 48** is a true and correct copy of an Excel spreadsheet related to CPF's suppliers (Bates numbered CPF2117189). FILED AS REDACTED.

50. Attached as **Exhibit 49** is a true and correct copy of a Beef Fat Issue Summary (Bates numbered CPF2118689).

51. Attached as **Exhibit 50** is a true and correct copy of an External Memorandum from Exponent to Champion, dated May 11, 2018, Subject: Privileged and Confidential- Potential exposure to pentobarbital in dog food – REVIEW DRAFT (Bates numbered CPF2120224). FILED AS REDACTED.

52. Attached as **Exhibit 51** is a true and correct copy of an internal update on pentobarbital investigation (Bates numbered CPF2118744).

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

53. Attached as **Exhibit 52** is a true and correct copy of testing reports for samples for JBS tallow (Bates numbered JBS0007485). FILED AS REDACTED.

54. Attached as **Exhibit 53** is a true and correct copy of excerpts from the December 5, 2018, Videotaped Deposition of Bonnie Gerow.

55. Plaintiffs have disclosed experts to opine on the inclusion of heavy metals and pentobarbital.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 14, 2019.

                                         */s/ Rebecca Peterson*
                                         REBECCA A. PETERSON

- 12 -
DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION