LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
rapeterson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **JENNIFER REITMAN, ERIN GRANT,** and **CAROL SHOAFF,** individually and on behalf of a class of similarly situated individuals,<br><br>PLAINTIFFS,<br><br>V.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP**,<br><br>DEFENDANTS. | Case No. 2:18-cv-01736-DOC-JPR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. David O. Carter<br>Ctrm: 9th Floor, 9D |

Plaintiffs Jennifer Reitman, Erin Grant and Carol Shoaff ("Plaintiffs"), and defendants Champion Petfoods USA, Inc. and Champion Petfoods LP ("Defendant", collectively with Plaintiffs, the "Parties"), through their respective counsel of record, submit this stipulation and [proposed] order.

WHEREAS, the Parties have agreed to resolve this matter without either Party acknowledging liability or wrongdoing;

WHEREAS, the Parties have agreed to dismiss this action with prejudice as to named Plaintiffs, and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's approval, that:

The above-captioned action shall be dismissed with prejudice as to the named Plaintiffs with each of the Parties to bear their own costs.

| | |
|---|---|
| Dated: January 29, 2021 | Dated: January 29, 2021 |
| GREENBERG TRAURIG | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| */s/ David A. Coulson* | */s/ Rebecca A. Peterson* |
| DAVID A. COULSON | REBECCA A. PETERSON |
| 333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0754<br>Facsimile: (305) 579-0717<br>E-mail: coulsond@gtlaw.com | ROBERT K. SHELQUIST (*pro hac vice*)<br>REBECCA A. PETERSON (241858)<br>KRISTA FREIER (*pro hac vice*)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: rkshelquist@locklaw.com<br>          rapeterson@locklaw.com<br>          kkfreier@locklaw.com |
| GREENBERG TRAURIG, LLP<br>RICK L. SHACKELFORD<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>Telephone: (310) 586-7700<br>Facsimile:   (310) 586-7800<br>E-mail:  ShackelfordR@gtlaw.com | ROBBINS LLP<br>KEVIN A. SEELY (199982)<br>TREVOR S. LOCKO (323313)<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: kseely@robbinsllp.com<br>          tlocko@robbinsllp.com |
| *Attorney for Defendants* | |

|   |   |
|---|---|
| 1 | GUSTAFSON GLUEK, PLLC |
| 2 | DANIEL E. GUSTAFSON (*pro hac vice*) |
|   | KARLA M. GLUEK |
| 3 | RAINA C. BORRELLI (*pro hac vice*) |
|   | Canadian Pacific Plaza |
| 4 | 120 South 6th Street, Suite 2600 |
| 5 | Minneapolis, MN 55402 |
|   | Telephone: (612) 333-8844 |
| 6 | Facsimile: (612) 339-6622 |
| 7 | E-mail: dgustafson@gustafsongluek.com |
|   |         kgluek@gustafsongluek.com |
| 8 |         rborrelli@gustafsongluek.com |
| 9 |   |
|   | CUNEO GILBERT & LADUCA, LLP |
| 10 | CHARLES LADUCA (*pro hac vice*) |
| 11 | KATHERINE VAN DYCK (*pro hac vice*) |
|   | BRENDAN S. THOMPSON (*pro hac vice*) |
| 12 | 4725 Wisconsin Ave NW, Suite 200 |
| 13 | Washington, DC 20016 |
|   | Telephone: 202-789-3960 |
| 14 | Facsimile: 202-789-1813 |
| 15 | E-mail: kvandyck@cuneolaw.com |
|   |         charles@cuneolaw.com |
| 16 |         brendant@cuneolaw.com |
| 17 |   |
| 18 | LITE DEPALMA GREENBERG, LLC |
|   | JOSEPH J. DEPALMA (*pro hac vice*) |
| 19 | SUSANA CRUZ HODGE (*pro hac vice*) |
| 20 | 570 Broad Street, Suite 1201 |
|   | Newark, NJ 07102 |
| 21 | Telephone:  (973) 623-3000 |
| 22 | E-mail:   jdepalma@litedepalma.com |
|   |         scruzhodge@litedepalma.com |
| 23 |   |
| 24 | LITE DEPALMA GREENBERG, LLC |
|   | STEVEN J. GREENFOGEL (*pro hac vice*) |
| 25 | 1835 Market Street, Suite 2700 |
| 26 | Philadelphia, PA 19103 |
|   | Telephone: (267) 519-8306 |
| 27 | Facsimile: (973) 623-0858 |
| 28 | E-mail: sgreenfogel@litedeplama.com |

|   |   |
|---|---|
| 1 | |
| 2 | ANDREWS DEVALERIO LLP |
|   | Daryl D. Andrews (*pro hac vice*) |
| 3 | Glen DeValerio (*pro hac vice*) |
| 4 | 265 Franklin Street, Suite 1702 |
|   | Boston, MA 02110 |
| 5 | Telephone: (617) 936-2796 |
|   | E-mail: daryl@andrewsdevalerio.com |
| 6 |    glen@andrewsdevalerio.com |

ANDREWS DEVALERIO LLP
Daryl D. Andrews (*pro hac vice*)
Glen DeValerio (*pro hac vice*)
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 936-2796
E-mail: daryl@andrewsdevalerio.com
   glen@andrewsdevalerio.com

POMERANTZ LLP
Gustavo F. Bruckner (*pro hac vice*)
Samuel J. Adams (*pro hac vice*)
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
E-mail: sjadams@pomlaw.com
   gfbruckner@pomlaw.com

STEPHENS & STEPHENS LLP
CONRAD B. STEPHENS
505 South McClelland Street
Santa Maria, CA 93454
Telephone: (805) 922-1951
E-mail: conrad@stephensfirm.com

*Attorneys for Plaintiffs*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that David A. Coulson, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.

Dated: January 29, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*/s/ Rebecca A. Peterson*
REBECCA A. PETERSON
*Attorney for Plaintiffs*