JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **JENNIFER REITMAN, ERIN GRANT,** and **CAROL SHOAFF,** individually and on behalf of a class of similarly situated individuals,<br><br>PLAINTIFFS,<br><br>V.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**<br><br>DEFENDANTS. | Case No. 2:18-cv-01736-DOC-JPR<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE [268]**<br><br>Judge: Hon. David O. Carter<br>Ctrm: 9th Floor, 9D |

1  Pursuant to the Stipulation of Voluntary Dismissal with Prejudice filed by plaintiffs Jennifer Reitman, Erin Grant and Carol Shoaff ("Plaintiffs"), and defendants Champion Petfoods USA, Inc. and Champion Petfoods LP IT IS HEREBY ORDERED:

This action is dismissed with prejudice as to the named Plaintiffs with the Parties to bear her or its own fees and costs.

IT IS SO ORDERED.

DATED: January 29, 2021

*/s/ David O. Carter*

Hon. David O. Carter
U.S. District Court Judge